
FILED
August 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002823509

**THE LAW OFFICES OF AARON C. KOENIG**
Aaron C. Koenig SBN 255387
331 J. Street, Ste 200
Sacramento, California 95814
Telephone: 916-443-1009

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>  EDWARD A. SYKES<br><br>  AND MARTA W. SYKES,<br><br>        Debtors | ) Case No.: 2010-40374-C-7<br>)<br>) MCN: ACK-1<br>)<br>) **MOTION TO REQUIRE THE TRUSTEE TO**<br>) **ABANDON PROPERTY OF THE ESTATE**<br>)<br>DATE: August 24, 2010<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Christopher M. Klein<br>LOCATION: 501 I Street,<br>6th Floor, Courtroom 35<br>Sacramento, CA 95814 |

<u>MOTION TO REQUIRE THE TRUSTEE TO ABANDON PROPERTY OF THE ESTATE</u>

    NOW COMES EDWARD A. SYKES AND MARTA W. SYKES, the Debtors in the above-entitled matter, by their attorney, Aaron C. Koenig, to require the trustee to abandon property of the estate.

    11 U.S. C. § 554(b) provides that on request of a party in interest and after notice and hearing, the court may order the trustee to abandon any property of the estate that is burdensome

to the estate or that is of inconsequential value and benefit to the estate.

1. Debtor's filed their Chapter 7 petition on July 30, 2010.
2. Michael F. Burkart has been appointed as the interim trustee in the case.
3. The 341 Meeting is scheduled to be held on September 8, 2010 at 10:00 a.m.
4. Among the assets scheduled by the Debtors is a sole-proprietorship known as "Jakarta Bodyworks" located at 3504 Walnut Ave, Carmichael, CA 95608.
5. Currently the business has no employees.
6. The Debtor's have listed on the Voluntary Petition the DBA name of the business and have disclosed on the Statement of Financial Affairs the business information.
7. On Schedule B the debtor's have listed the assets of the business. (See Exhibit A)
8. The Debtor's have exempted the property on Schedule C pursuant to C.C.P. § 703.140(b)(6). (See Exhibit B)
9. The business has an office lease and this is listed on Schedule G. (See Exhibit C)
10. The Debtor's have submitted to the trustee and attached to Schedule J the profit and loss sheets of the business for the prior 6 months.
11. In light of the foregoing, even if the business could be sold, there is no equity in the business for the

benefit of the creditors of the bankruptcy estate, so the property has no value to the Chapter 7 Trustee.

12. The Debtor's need to operate the business to generate income to support their family and hereby requests that the Court grant this motion so that they may operate the business.

WHEREFORE, the Debtor's respectfully move the Court, pursuant to the provisions of 11 USC § 554(b) and Bankruptcy Rule 6007(b), to order the Chapter 7 Trustee to abandon the subject business to the Debtor's, and to grant the Debtor's such further and other relief as the Court deems just and proper.

Dated: August 2, 2010

THE LAW OFFICES OF AARON C. KOENIG

BY: /s/Aaron C. Koenig
Aaron C. Koenig
Attorney for Debtor